UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

         -v-                               11 CR 00630 (KMK)

MARK JONES,

Karas, J.

### ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE
### A U.S. MAGISTRATE JUDGE

On November 30, 2012, United States Magistrate Lisa M. Smith presided over the plea allocution in the above captioned matter and reported and recommended that the named defendant's plea of guilty be accepted. The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges defendant guilty of the offense(s) to which the guilty plea was offered. The Clerk is directed to enter the plea.

SO ORDERED:

Kenneth M. Karas, U.S.D.J.

Dated: March 4 , 2013
      White Plains, NY