UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDOR.

UNITED STATES OF AMERICA,

vs.                                                            Docket No: 7:11cr630

MARK JONES,

    Defendant.

_____/

Granted.
So Ordered
/s/ KMK
10/15/20

**DEFENDANT'S MOTION FOR A 30-DAY ENLARGEMENT
OF TIME TO FILE A REPLY TO THE GOVERNMENT'S
OPPOSITION TO MOTION FOR COMPASIONATE
RELEASE TITLE 18 U.S.C. § 3582**

The Defendant Mark Jones ("Jones") moves this Court for a 30-day extension of time to file a reply brief to the government's opposition to his motion for compassionate release, Title 18 U.S.C. § 3582, due to his unexpected transfer to the Southern District of New York. In support of this motion, Jones states as follows:

    1.    Jones has recently filed a Title 18 U.S.C. § 3582 motion for compassionate release due to the COVID19 pandemic and the Federal Bureau of Prison's inability to contain the spread. (Dkt. 1465).

    2.    The government has filed a response in opposition. (Dkt. 1469).

    3.    Jones was unexpectedly transferred to MDC Brooklyn where he is in quarantine and has no access to his legal documents.

    4.    As such, a 30-day extension is requested as it is anticipated that he will be able to prepare a reply within the next 30-days.

    5.    Jones has not been able to confer with the government due to his incarceration.

    6.    Since Jones is incarcerated and serving sentences, he does not seek delay for any

improper purpose and the government would not be prejudiced in any way by the requested extension of time.

WHEREFORE, Defendant mark Jones prays that this Court grant a 30-day extension of time to file a reply to the government's opposition to the Title 18 U.S.C. § 3582.

Respectfully Submitted,

Mark Jones
Register Number: 17265-039
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

## CERTIFICATE OF SERVICE

I HERBY DO CERTIFY that a true and correct copy of this Petitioner's change of address was mailed to:

USAO
1 St. Andrew's Plaza
New York, NY 10007

Done this __1__ day of October 2020

Mark Jones
Register Number: 17265-039
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

vs.  Docket No: 7:11cr630

MARK JONES,

Defendant.
_____/

### NOTICE OF CHANGE OF ADDRESS

Defendatn Mark Jones hereby provides notice of change of address as required per Court Rules. The new mailing address is:

Mark Jones
Register Number: 17265-039
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

Done this ___1___ day of October 2020

Respectfully Submitted,

_____
Mark Jones
Register Number: 17265-039
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

## CERTIFICATE OF SERVICE

I HERBY DO CERTIFY that a true and correct copy of this Petitioner's change of address was mailed to:

USAO
1 St. Andrew's Plaza
New York, NY 10007

Done this 1 day of October 2020

Mark Jones
Register Number: 17265-039
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232