UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Case

11-CR-630

<u>NOTICE OF TELECONFERENCE
INFORMATION</u>

KENNETH M. KARAS, United States District Judge:

For the week of July 19, 2021, the Court will hold the above-captioned criminal proceeding by telephone. To access the teleconference, please use the following information:

<u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749   <u>Access Code</u>: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated: July 16, 2021
       White Plains, New York

---
KENNETH M. KARAS
United States District Judge