UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Re: Criminal Case<br><br>11-CR-630 | NOTICE OF TELECONFERENCE INFORMATION |

KENNETH M. KARAS, United States District Judge:

For the week of September 27, 2021, the Court will hold the above-captioned criminal proceeding by telephone. To access the teleconference, please use the following information:

Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:   September 24, 2021
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge